# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                      Plaintiff,

    vs.

Edgar Luciano Fajardo Soto

                    Defendant.

Case No.   25-cr-03539-JAH

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and case is dismissed.

_X_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or
___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:   **21:952, 960, 963 - Conspiracy to Import Cocaine**
**21:952, 960 - Importation of Cocaine**

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated   **3/17/26**

**Magistrate Judge Valerie E. Torres**